AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| VAUGHN BOYD and<br>SWI-DE LLC, D/B/A DREW ESTATE,<br><br>*Plaintiff(s)*<br><br>v.<br><br>DEADWOOD TOBACCO COMPANY a/k/a<br>DEADWOOD TOBACCO COMPANY<br>CORPORATION<br><br>*Defendant(s)* | Civil Action No.  1:23-cv-22213-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Deadwood Tobacco Company a/k/a Deadwood Tobacco Company Corporation
c/o William Joseph Rectenwald, Registered Agent
20067 Ridgefield Loop
Spearfish, SD 57783


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan Roman, Partner
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date:  06/15/2023

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts